| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>REED, Jr., Lowell A | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,　　Date<br><br>○ Initial　　⦿ Annual　　○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>4001 US Courthouse<br><br>601 Market Street<br><br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2/04 | Trustee, Testamentary Trust, Trustees commissions.  (See VIII) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | A | Dividend | M | T | | | | | |
| 3. Janus Fund IRA | A | Dividend | J | T | | | | | |
| 4. Vanguard PA Tax Free | A | Dividend | K | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | B | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | A | Dividend | K | T | | | | | |
| 7. PP&L Common | A | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard PA Tx Free MM | A | Interest | L | T | | | | | |
| 10. Contains Wellington | B | Dividend | L | T | | | | | |
| 11. Contains MM | B | Dividend | M | T | | | | | |
| 12. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 13. Index 500 - Vanguard | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market | A | Dividend | K | T | | | | | |
| 15. Equity Income Fund | A | Dividend | J | T | | | | | |
| 16. Delaware Delcap Concept Series 1 | A | Dividend | J | T | | | | | |
| 17. Jennison Utility Fund Class A (name change) | A | Dividend | K | T | | | | | |
| 18. Gov't Nat. Mort. Coupon (See VIII) | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Coca Cola Common (See VIII) | | | | | | | | | |
| 20. PRU Money Market | B | Interest | M | T | | | | | |
| 21. Finance Corp. FICO Strips | A | Interest | | | Maturity | 11/30 | J | D | |
| 22. CD Lehman Bros., Wilmington, DE | B | Interest | K | T | | | | | |
| 23. CD Cross Country Bank, Wilmington, DE | A | Interest | | | Maturity | 8/10 | J | B | |
| 24. CD Discover Bank, New Castle, DE | B | Interest | K | T | | | | | |
| 25. CD Discover Bank, New Castle,DE | A | Interest | | | Maturity | 5/24 | K | A | |
| 26. FMLMC | A | Interest | K | T | | | | | |
| 27. Banco Bilbao Vizcaoa | A | Interest | K | T | | | | | |
| 28. CD MBNA America, Bank        Delaware | A | Interest | J | T | | | | | |
| 29. Amcore Bank CD (See VIII) | | Interest | K | T | Buy | 9/28 | K | | |
| 30. GMAC Automotive Bank CD (See VIII) | | Interest | K | T | Buy | 12/22 | K | | |
| 31. Black Rock Global Energy and Resource Trust Fund (See VIII) | | Interest + Dividend | J | T | Buy | 12/22 | J | | |
| 32. FHLMC Gold Passthru Pool | A | Interest | J | T | Buy | 9/29 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

**Explanation For Section III B:**

My ▮▮▮▮ non-investment income is paid to ▮▮ as a commission as one of three trustees; ▮▮ is not a beneficiary of the trust, either as to income or distribution of corpus. This is a private testamentary trust in which ▮▮▮▮▮ has no property interest now or as a remainder man. The corpus of the trust never was and never will be derived from the assets, income or activities of the filer or ▮▮▮▮▮▮ The filer cannot expect to derive a benefit from the trust income or corpus. The service of ▮▮▮▮ as a trustee, and commissions earned are the sole financial interest and responsibility of ▮▮▮▮▮▮. Neither the filer nor the ▮▮▮▮▮ has filed any joint tax return with the trust and the filer has no knowledge of the property or corpus of the trust. Finally, ▮▮▮ ▮▮▮▮ annual commission is not based upon the level of profitability of the trust property.

**Explanation For Section VII pages 1 and 2:**

Values and income of assets listed on pages 1 and 2 lines 18 and 19 are below reporting value. There was no income during reporting period for lines 29, 30 and 31.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date___5/11/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544